1216

No. 99–1737. BADGLEY ET AL. *v.* CONNOR. Sup. Ct. N. J. Certiorari denied.

No. 99–7887. GALLEGO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–8186. BAKER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–8282. DOUGLAS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 99–8315. MOORE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–8321. CARSON *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 99–8477. RAMIREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8505. SAUCEDO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–8827. RUCKER *v.* KLINGER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–8838. SUTTON *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 99–8854. DWYER *v.* DWYER. C. A. 6th Cir. Certiorari denied.

No. 99–8862. DAVIS *v.* FLORIDA UNEMPLOYMENT APPEALS COMMISSION ET AL. Sup. Ct. Fla. Certiorari denied.

No. 99–8866. HENSLEY *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8868. WALLACE *v.* GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–8870. BORDERS *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.